**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-00123-VAP (OPX)                                    Date:  July 9, 2013

Title:   ALLCHEM PERFORMANCE PRODUCTS, INC. -v- OREQ CORP.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                          None Present
Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

None                                     None

PROCEEDINGS:   MINUTE ORDER EXTENDING TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE (DOC. NO. 44) (IN CHAMBERS)

     This case was transferred to this Court from the Northern District of Texas on January 17, 2013.  (Doc. No 35).  After the transfer, the Clerk mailed notices of filing fees and pro hac vice applications to all the attorneys of record (Doc. Nos. 39, 40, 41, 42).  The Court received no response from either party for four months.  On May 20, 2013, the Court issued an Order to Show Cause ("OSC") requiring that counsel to show cause why the case should not be dismissed for failure to prosecute and why sanctions should not be imposed.  (Doc. No. 44.)

EDCV 13-00123-VAP (OPX)
ALLCHEM PERFORMANCE PRODUCTS, INC. v. OREQ CORPORATION
MINUTE ORDER of July 9, 2013

      On May 28, 2013, Defense counsel filed a Response to the OSC, explaining that the attorneys to whom the Clerk mailed pro hac vice applications were local counsel in Texas who would no longer be appearing in the case due to the transfer. Defense counsel also maintained that the action should be dismissed for failure to prosecute.

      Also on May 28, 2013, counsel for Plaintiff filed an application to appear pro hac vice. This submission was the first of many submissions by Plaintiff's counsel to the Court, all of which were rejected for violations of the Local Rules. Plaintiff's counsel's first pro hac vice application was rejected for failure to comply with Local Rules 11-3.8 (Failure to supply attorney information in the caption) and 83-2.1.3.4 (Failure to designate local counsel). (Doc. No. 49.) On May 29, 2013, the Court received a number of documents filed by Plaintiff's counsel, including a Statement of Cause Why Case Should Not Be Dismissed, a Motion for Leave to Make Emergency Filing, and a Proposed Order Permitting Emergency Filing. (See Doc. No. 52.) Included with those filings was a letter addressed to the Court, explaining why the action has not been prosecuted since the transfer, as well as why Plaintiff's counsel has failed to file a pro hac vice application in a timely manner (Doc. No. 50). All of those documents were rejected for violating Local Rule 83-2.5 (No letters to the judge).

      On June 10, 2013, Plaintiff's counsel filed an Ex Parte Application for Leave of Court to Extend the Deadline for Compliance with Pro Hac Vice Requirements, along with another pro hac vice application (Doc. No. 53). The Court rejected this filing for violating Local Rule 11-4.1 (No copy provided for judge) and 5-4.1 (Failure to e-file eligible document in a civil case).

      Given Plaintiff's counsel's attempts to respond OSC, the Court will grant an extension of time to file a pro hac vice application and to respond appropriately to the OSC. Accordingly, Plaintiff may file its response to the Court's OSC, in writing, no later than July 19, 2013. Failure to respond shall result in dismissal of this action.

      **IT IS SO ORDERED.**