**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLCHEM PERFORMANCE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OREQ CORPORATION, <br><br> Defendants. | Case No. EDCV 13-00123-VAP (OPX) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: August 21, 2013

                                            VIRGINIA A. PHILLIPS
                                     United States District Judge