JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALLCHEM PERFORMANCE PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OREQ CORPORATION, et al.,<br><br>Defendants. | Case No.: 13-cv-00123-VAP (OPX)<br><br>Judge:  Hon. Virginia A. Phillips<br>Courtroom:  2<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

THE parties having stipulated and agreed to voluntarily dismiss this action; and good cause appearing,

**IT IS HEREBY ORDERED** that the above-caption action is dismissed, with prejudice, against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED:   December 9, 2014

*/s/ Virginia A. Phillips*

Honorable Virginia A. Phillips
Judge of the U.S. District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28